**Robert James MILLER, Jr., Plaintiff–Appellant,**

v.

**Riley MAXWELL, Assistant Solicitor; Jeff Talbert; Maggie Boyd; Bill Dove; Jeff Westfall, Investigators for the Fairfield County Sheriff's Office, each in their individual capacity, Defendants–Appellees.**

**No. 14–6761.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 23, 2014.

Decided: Oct. 2, 2014.

Robert James Miller, Jr., Appellant Pro Se.

Before KEENAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert James Miller, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Miller v. Maxwell,* No. 3:14–cv–00340–JFA (D.S.C. May 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*